UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **J&J PRIME LLC,** | § | |
| *Plaintiff*, | § § § | |
| v. | § | No. 6:25-CV-00347-LS |
| **ATEGRITY SPECIALTY INSURANCE COMPANY,** | § § § § | |
| *Defendant*. | § § | |

### ORDER DISMISSING CASE

The Court has issued two orders in this case. The first ordered Plaintiff J&J Prime to "brief how and why this court has subject matter jurisdiction."[1] Plaintiff amended its complaint but did not reply to the order. The second ordered Plaintiff to show cause for failure to serve.[2] Plaintiff's response did not show cause for failure to serve by the November 6, 2025 deadline. It also conceded that Plaintiff did not serve Defendant until December 10, 2025 without an extension to the service deadline.[3] Plaintiff still has not filed proof of service as the Federal Rules of Civil Procedure require.[4] Therefore, the Court **DISMISSES** this case for failure to serve.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 5, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.
[2] ECF No. 9.
[3] ECF No. 10.
[4] Fed. R. Civ. P. 4(l) ("Unless service is waived, proof of service must be made to the court . . . by the server's affidavit.").