UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **J&J PRIME LLC,** § <br> § <br> *Plaintiff*, § <br> § <br> **v.** § <br> § <br> **ATEGRITY SPECIALTY INSURANCE** § <br> **COMPANY,** § <br> § <br> *Defendant.* § | No. 6:25-CV-00347-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 5, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**